UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Murphy Capital, LLC, | ) | Case No. _____ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF REMOVAL** |
| | ) | |
| State Auto Property & Casualty Insurance Company, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant State Auto Property & Casualty Insurance Company ("State Auto"), by and through counsel, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1441(a) and 1446. As grounds for removal of this action, State Auto states as follows:

1. On May 31, 2019, Plaintiff Murphy Capital, LLC ("Murphy Capital") purportedly mailed copies of the summons and complaint for the above-captioned case via certified mail to the Minnesota Department of Commerce and to State Auto as well.

2. On June 6, 2019, Murphy Capital filed the summons, complaint, and affidavits of service and compliance, and a civil cover sheet, with the Anoka County District Court, Tenth Judicial District, State of Minnesota. The Anoka County District Court subsequently assigned the court file no. 02-CV-19-3012 to the state-court action. Attached hereto as Exhibit 1 is a true and accurate copy of all process and pleadings purportedly served upon State Auto in state-court action no. 02-CV-19-3012.[1]

---

[1] State Auto presently takes no position as to whether either Murphy Capital's attempt to serve State Auto pursuant to Minn. Stat. § 45.028 or the process served itself was sufficient, and waives no arguments or defenses related to the same.

1

3. State Auto's records do not indicate that a summons and complaint for state-court action no. 02-CV-19-3012 was ever received. Attached hereto as Exhibit 2 is a true and correct copy of an email and attachment sent by a representative of State Auto to Plaintiff's counsel on June 17, 2019.

4. Consequently, the first time that State Auto received the summons and complaint for state-court action no. 02-CV-19-3012 was on June 18, 2019, when counsel for Murphy Capital emailed a copy of those documents to Defendant. Attached hereto as Exhibit 3 is a true and correct copy of emails exchanged between counsel for Murphy Capital and State Auto on June 17 and 18, 2019.

5. Apart from its appearance of counsel, State Auto has not served or filed any pleadings beyond these removal pleadings in state-court action no. 02-CV-19-3012.

6. The Complaint in state-court action 02-CV-19-3012 alleges that Plaintiff Murphy Capital is and remains a citizen of Minnesota.

7. The Complaint in state-court action 02-CV-19-3012 alleges that Defendant State Auto was at all relevant times to this action a citizen of the State of Ohio.

8. Defendant State Auto was at the time of the filing of the Complaint and remains a citizen of the State of Ohio.

9. There is complete diversity of citizenship between the parties as required by 28 U.S.C. § 1332(a).

10. The Complaint in state-court action 02-CV-19-3012 seeks a judgment for damages to be determined at an appraisal. Apart from indicating that the damages are expected to be in excess of $50,000, however, the Complaint does not otherwise state Plaintiff Murphy Capital's alleged damages.

11. The public adjuster for Murphy Capital previously provided State Auto with an estimate indicating that the replacement cost for damage to the Property is in excess of $305,000. Attached hereto as Exhibit 4 is a true and correct copy of the public adjuster's estimate.

12. State Auto determined that the replacement cost for the damages covered by the parties' insurance policy was only $21,467.89. Attached hereto as Exhibit 5 is a true and correct copy of State Auto's estimate.

13. Plaintiffs' alleged damages are in excess of $75,000 as required by 28 U.S.C. § 1332(a).

14. Because there is complete diversity of citizenship between the parties and the amount in controversy is met, this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a).

15. Venue lies in this Court pursuant to 28 U.S.C. § 1441(a).

16. In accordance with 28 U.S.C. § 1446(d), State Auto will promptly:

    a. File a file-marked copy of the Notice of Removal with the Anoka County District Court, Tenth Judicial District, State of Minnesota; and

    b. Serve Plaintiff with a file-marked copy of the Notice of Removal.

WHEREFORE, Defendant State Auto Property & Casualty Insurance Company respectfully requests that this Court accept jurisdiction in this action under 28 U.S.C. § 1441(a) and 28 U.S.C. § 1332(a).

|  | BORGELT, POWELL, PETERSON & FRAUEN S.C. |
|---|---|
| Dated: __7-17__, 2019 | By: _____<br>Kevin J. Kennedy (#193872)<br>Kerry A. Trapp (#315382)<br>7815 3rd Street North, Suite 203<br>Oakdale, MN 55128<br>Telephone: 651-256-5000<br>Em: kkennedy@borgelt.com<br>Em: ktrapp@borgelt.com<br>***Counsel for Defendant State Auto Property & Casualty Insurance Company*** |