Skip to Main Content Logout My Account Search Menu New Civil Search Refine Search  Back      Location : All MNCIS Sites - Case Search  Help

# REGISTER OF ACTIONS
### CASE NO. 02-CV-19-3012

| | | |
|---|---|---|
| Murphy Capital, LLC vs State Auto Property & Casualty Insurance Company | § § § § § § | Case Type: **Civil Other/Misc.**<br>Date Filed: **06/06/2019**<br>Location: **Anoka**<br>Judicial Officer: **Larson, Kristin C.** |

## PARTY INFORMATION

| | | | |
|---|---|---|---|
| | | | **Lead Attorneys** |
| **Defendant** | **State Auto Property & Casualty Insurance Company**<br>Columbus, OH 43215 | | **KEVIN J KENNEDY**<br>*Retained*<br>651-256-5000(W) |
| | | | |
| **Plaintiff** | **Murphy Capital, LLC**<br>Edina, MN 55439 | | **EDWARD ELI BECKMANN**<br>*Retained*<br>952-941-4005(W) |

## EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | | |
|---|---|---|---|
| 06/06/2019 | **Case Filed** | | |
| 06/06/2019 | **Summons     Index # 1** | | |
| 06/06/2019 | **Complaint-Civil     Index # 2** | | |
| 06/06/2019 | **Affidavit of Mailing     Index # 3** | | |
| 06/06/2019 | **Affidavit of Mailing     Index # 4** | | |
| 06/06/2019 | **Affidavit-Other     Index # 5** | | |
| 06/06/2019 | **Civil Cover Sheet     Index # 6** | | |
| 06/06/2019 | **Affidavit of Mailing     Index # 7** | | |
| 06/10/2019 | **Notice of Case Filing and Assignment     Index # 8** (Judicial Officer: Larson, Kristin C. ) | | |
| 06/18/2019 | **Notice of Appearance     Index # 9** | | |
| 06/18/2019 | **e-Service** | | |
| | Murphy Capital, LLC | Served | 06/18/2019 |
| 06/18/2019 | **e-Service** | | |
| | State Auto Property & Casualty Insurance Company | Served | 06/18/2019 |
| 06/18/2019 | **e-Service** | | |
| | State Auto Property & Casualty Insurance Company | Served | 06/18/2019 |
| 06/18/2019 | **e-Service** | | |
| | State Auto Property & Casualty Insurance Company | Served | 06/18/2019 |
| 06/18/2019 | **e-Service** | | |
| | State Auto Property & Casualty Insurance Company | Served | 06/18/2019 |
| 07/02/2019 | **Substitution of Counsel     Index # 10** | | |
| 07/02/2019 | **e-Service** | | |
| | Murphy Capital, LLC | Served | 07/02/2019 |
| 07/02/2019 | **e-Service** | | |
| | Murphy Capital, LLC | Served | 07/02/2019 |
| 07/02/2019 | **e-Service** | | |
| | State Auto Property & Casualty Insurance Company | Served | 07/02/2019 |
| 07/02/2019 | **e-Service** | | |
| | State Auto Property & Casualty Insurance Company | Served | 07/02/2019 |
| 07/02/2019 | **e-Service** | | |
| | State Auto Property & Casualty Insurance Company | Served | 07/02/2019 |
| 07/02/2019 | **e-Service** | | |
| | State Auto Property & Casualty Insurance Company | Served | 07/02/2019 |

## FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| | **Defendant** State Auto Property & Casualty Insurance Company | | |
| | Total Financial Assessment | | 298.00 |
| | Total Payments and Credits | | 298.00 |
| | **Balance Due as of 07/16/2019** | | **0.00** |
| 06/18/2019 | Transaction Assessment | | 298.00 |
| 06/18/2019 | E-File Electronic Payment     Receipt # EF02-2019-07146 | State Auto Property & Casualty Insurance Company | (298.00) |

| | | | |
|---|---|---|---|
| | **Plaintiff** Murphy Capital, LLC | | |
| | Total Financial Assessment | | 398.00 |
| | Total Payments and Credits | | 398.00 |
| | **Balance Due as of 07/16/2019** | | **0.00** |



EXHIBIT 1

| 06/07/2019 | Transaction Assessment | | | 398.00 |
| 06/07/2019 | E-File Electronic Payment | Receipt # EF02-2019-06650 | Murphy Capital, LLC | (398.00) |

STATE OF MINNESOTA                                    DISTRICT COURT

COUNTY OF ANOKA                                       TENTH JUDICIAL DISTRICT

                                                      CASE TYPE: Civil/Other

---

Murphy Capital, LLC,                    Court File No.: _____
                                        Judge: _____
    Plaintiff,

vs.
                                                **SUMMONS**
State Auto Property & Casualty Insurance Company,

    Defendant.

---

THIS SUMMONS IS DIRECTED TO: The above-named Defendant.

    **1.** **YOU ARE BEING SUED.** The Plaintiff has started a lawsuit against you. The Plaintiff's Complaint against you is attached to this Summons. Do not throw these papers away. They are official papers that affect your rights. You must respond to this lawsuit even though it may not yet be filed with the Court and there may be no Court file number on this Summons.

    **2.** **YOU MUST REPLY WITHIN 20 DAYS TO PROTECT YOUR RIGHTS.** You must give or mail to the person who signed this Summons **a written response** called an Answer within 20 days of the date on which you received this Summons. You must send a copy of your Answer to the person who signed this Summons located at Hellmuth & Johnson, PLLC, 8050 West 78th Street, Edina, Minnesota 55439.

    **3.** **YOU MUST RESPOND TO EACH CLAIM.** The Answer is your written response to the Plaintiff's Complaint. In your Answer you must state whether you agree or disagree with each paragraph of the Complaint. If you believe the Plaintiff should not be given everything asked for in the Complaint, you must say so in your Answer.

    **4.** **YOU WILL LOSE YOUR CASE IF YOU DO NOT SEND A WRITTEN RESPONSE TO THE COMPLAINT TO THE PERSON WHO SIGNED THIS SUMMONS.** If you do not Answer within 20 days, you will lose this case. You will not get to tell your side of the story, and the Court may decide against you and award the Plaintiff everything asked for in the Complaint. If you do not want to contest the claims stated in the Complaint, you do not need to respond. A Default Judgment can then be entered against you for the relief requested in the Complaint.

**EXHIBIT 1**

5. **LEGAL ASSISTANCE.** You may wish to get legal help from a lawyer. If you do not have a lawyer, the Court Administrator may have information about places where you can get legal assistance. **Even if you cannot get legal help, you must still provide a written Answer to protect your rights or you may lose the case.**

6. **ALTERNATIVE DISPUTE RESOLUTION.** The parties may agree to or be ordered to participate in an alternative dispute resolution process under Rule 114 of the Minnesota General Rules of Practice. You must still send your written response to the Complaint even if you expect to use alternative means of resolving this dispute.

**Hellmuth & Johnson, PLLC**

Dated: May 31, 2019

Edward E. Beckmann, ID #29309X
8050 W. 78th Street
Edina, MN 55439
(952) 460-9226
ebeckmann@hjlawfirm.com

*Attorneys for Plaintiff*

## ACKNOWLEDGMENT

I hereby acknowledge that costs, disbursements, and reasonable attorney and witness fees may be awarded pursuant to Minn. Stat. § 549.211, to the party against whom the allegations in this pleading are asserted.

Edward E. Beckmann, ID #29309X

2

**EXHIBIT 1**

| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF ANOKA | TENTH JUDICIAL DISTRICT |
| | CASE TYPE: Civil/Other |

Murphy Capital, LLC,

    Plaintiff,

vs.

State Auto Property & Casualty Insurance Company,

    Defendant.

Court File No.: _____

Judge: _____

**COMPLAINT**

Plaintiff Murphy Capital, LLC ("Murphy Capital"), for its Complaint against State Auto Property & Casualty Insurance Company ("State Auto"), states as follows:

## THE PARTIES

1. Murphy Capital is a Minnesota limited liability company.

2. State Auto is, upon information and belief, at all times relevant to the claims herein a corporation organized and existing under the laws of the State of Ohio, and with a service address of 518 E. Broad Street, Columbus, OH 43215.

## FACTS

3. On or about June 11, 2017, hail damaged property held by Murphy Capital.

4. As of said date, the property was insured by State Auto.

5. Murphy Capital timely paid all premiums.

6. The policy grants coverage for loss or damage caused by hail.

7. Murphy Capital hired public adjuster Troy Brown to help resolve the claim.

**EXHIBIT 1**

8. The public adjuster and State Auto were unable to resolve the amount of loss.

9. State Auto argues it need not pay for the entire amount of the loss.

10. Specifically, State Auto has refused to pay for several items set forth by its public adjuster.

11. State Auto's policy has several deadlines, including a two-year period of limitations.

12. State Auto's acts and omissions have made compliance with said deadline, and other deadlines, impossible.

13. State Auto has refused to pay the full value of the claim as of the date of this Complaint.

## COUNT I
## Declaratory Judgment

14. Pursuant to the Minnesota Declaratory Judgment Act Minn. Stat. § 555.01 et seq., an adjudicable controversy exists between State Auto and Murphy Capital with respect to State Auto's policy and application of Minn. Stat. Ch. 65A.

15. Specifically, whether all loss or damage as estimated by Murphy Capital must be paid.

16. Specifically, whether deadlines in the policy are waived or rendered moot by the doctrine of impossibility, and under principles of equity.

17. All loss or damage arising from the hail damage must be covered per Minn. Stat. Sec. 65A.01 subd. 3, as well as other statutes in Minnesota.

18. Murphy Capital petitions the court to declare full coverage of all loss or damage under its policy.

**EXHIBIT 1**

19. Murphy Capital is entitled to an appraisal for the entire amount of all loss or damage.

20. That the court retain jurisdiction of this matter pending the outcome of appraisal for enforcement of the appraisal award.

## COUNT II
### Breach of Contract

21. Plaintiffs restate and reallege all of the foregoing paragraphs and incorporate them by reference as if fully set forth herein.

22. Murphy Capital and State Auto entered into a valid enforceable contract whereby State Auto agreed to provide certain policy benefits.

23. One policy benefit is full coverage or all loss or damage that must be addressed due hail, including any expense arising from operation of state or local building codes.

24. State Auto has refused to cover the full amount of all loss or damage.

25. Murphy Capital entitled to judgment in the amount of at least the amount of any appraisal award, or at least $50,000, with an exact amount to be proven in appraisal.

**WHEREFORE**, Murphy Capital prays for the following relief:

A. For an order declaring full coverage under the policy for all loss or damage at the property, including but not limited to loss or damage that must be address per local and state building codes.
B. For an order compelling appraisal.
C. That the Court retain jurisdiction of this matter and that it enforce any appraisal award from the appraisal panel so constituted.
D. Costs, disbursements and pre-imposed judgment and pre-appraisal interest under Minn. Stat. Sec. 549.09.
E. For other such relief that the Court may deem just and equitable.

**EXHIBIT 1**

Dated: May 31, 2019

Hellmuth & Johnson, PLLC

_____
Edward E. Beckmann, ID #29309X
8050 W. 78th Street
Edina, MN 55439
(952) 460-9226
ebeckmann@hjlawfirm.com

*Attorneys for Plaintiff*

## ACKNOWLEDGMENT

I hereby acknowledge that costs, disbursements, and reasonable attorney and witness fees may be awarded pursuant to Minn. Stat. § 549.211, to the party against whom the allegations in this pleading are asserted.

_____
Edward E. Beckmann, ID #29309X

4152901

4

**EXHIBIT 1**

| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF ANOKA | TENTH JUDICIAL DISTRICT |
| | CASE TYPE: Civil/Other |

Murphy Capital, LLC,   Court File No.

    Plaintiff,

vs.   **AFFIDAVIT OF COMPLIANCE**

State Auto Property & Casualty Insurance Company,

    Defendant.

STATE OF MINNESOTA  )
                          ) ss.
COUNTY OF HENNEPIN  )

1. Your affiant is one of the attorneys representing Plaintiff Murphy Capital, LLC ("Plaintiff") in the above-referenced matter. In that capacity, I have personal knowledge of certain facts.

2. Your affiant's firm prepared the Summons and Complaint in the above-entitled matter. The Complaint specifically references Minn. Stat. § 65A.01 and asserts that Defendant State Auto Property & Casualty Insurance Company is a Ohio corporation, whose location for the authorized service of process with the Minnesota Department of Commerce is 518 E. Broad Street, Columbus, OH 43215.

3. Included in Plaintiff's Complaint is a recitation of requirement of service of process as set forth under Minn. Stat. § 45.028, Subd. 2, whereby the Complaint in this action references Minn. Stat. § 65A.01. On May 31, 2019 a copy of the Summons and Complaint was served on the Minnesota Department of Commerce via certified mail. A true and correct copy of an Affidavit of Service for this service is attached hereto as Affidavit as

**EXHIBIT 1**

**Exhibit A**. A true and correct copy of the cover letter for this service of process is attached hereto as **Exhibit B**.

4. On May 31, 2019, said Affidavit of Service, and the Summons and Complaint, were served upon State Auto Property & Casualty Insurance Company, 518 E. Broad Street, Columbus, OH 43215. A true and correct copy of an Affidavit of Service for this service is attached hereto as **Exhibit C**. A true and correct copy of the cover letter for this service of process is attached hereto as **Exhibit D**.

5. Pursuant to the Affidavit of Compliance, the date of the Complaint is May 31, 2019 and the service of the same via certified mail is May 31, 2019.

6. This Affidavit is executed and filed within the time period for the answering of the Complaint (20 days) and is further submitted as evidence of compliance within Minn. Stat. § 45.028.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Dated: June 6, 2019

Edward E. Beckmann

Subscribed and sworn to before me this 6th day of June, 2019.

Notary Public



CRYSTAL M TRUMAN
Notary Public
Minnesota
My Commission Expires January 31, 2024

2

**EXHIBIT 1**

STATE OF MINNESOTA                                    DISTRICT COURT

COUNTY OF ANOKA                                       TENTH JUDICIAL DISTRICT

                                                      CASE TYPE: Civil/Other

Murphy Capital, LLC,                                  Court File No.

    Plaintiff,
                                                      **AFFIDAVIT OF SERVICE**
vs.

State Auto Property & Casualty Insurance
Company,

    Defendant.

STATE OF MINNESOTA  )
                             ) ss.
COUNTY OF HENNEPIN )

    Crystal Truman of the City of Glencoe, County of McLeod, in the State of Minnesota, being duly sworn, states that on May 31, 2019, she served the following:

**SUMMONS AND COMPLAINT**

at the following address:

Minnesota Department of Commerce
85 East 7th Place, Suite 500
St. Paul MN 55101

via certified mail by mailing a copy thereof, enclosed in an envelope, postage prepaid, and by depositing the same in the post office at Edina, Minnesota, directed to said person, at the address given above.

Dated: May 31, 2019

                                                          Crystal Truman

Subscribed and sworn to before me
this 31st day of May, 2019.

Notary Public


AISHA M STRICKLAND
Notary Public
Minnesota
My Commission Expires January 31, 2024


EXHIBIT A

EXHIBIT 1



HELLMUTH JOHNSON

Writer's Direct Dial No.: (952) 460-9226
E-Mail: ebeckmann@hjlawfirm.com

May 31, 2019

*VIA CERTIFIED MAIL*

Minnesota Department of Commerce
Consumer Protection and Education Division
85 East 7th Place, Suite 500
St. Paul, MN 55101

Re:  Murphy Capital, LLC vs. State Auto Property & Casualty Insurance Company
     Our File No.: 28006.0001

To Whom It May Concern:

Enclosed herewith for service upon you are the following documents:

1. Summons and Complaint against State Auto Property & Casualty Insurance Company.

Service of process is being made in compliance with Minnesota Statute § 45.028. Copies of the enclosed documents are being sent by certified mail to State Auto Property & Casualty Insurance Company, 518 E. Broad Street, Columbus, OH 43215.

Thank you for your attention to this matter. Please do not hesitate to contact me directly if you have any questions.

Very truly yours,

HELLMUTH & JOHNSON, PLLC

Edward E. Beckmann
Attorney at Law

EEB/cmt
Encs.
cc:  Client (w/o encs.)
     State Auto Property & Casualty Insurance Company (w/o encs.)

EXHIBIT B

8050 West 78th Street, Edina, MN 55439 • T 952-941-4005   F 952-941-2337   www.hjlawfirm.com

**EXHIBIT 1**

STATE OF MINNESOTA                                    DISTRICT COURT

COUNTY OF ANOKA                                       TENTH JUDICIAL DISTRICT

                                                      CASE TYPE: Civil/Other

Murphy Capital, LLC,                                  Court File No.

    Plaintiff,
                                                      **AFFIDAVIT OF SERVICE**
vs.

State Auto Property & Casualty Insurance
Company,

    Defendant.

STATE OF MINNESOTA  )
                               ) ss.
COUNTY OF HENNEPIN  )

    Crystal Truman of the City of Glencoe, County of McLeod, in the State of Minnesota, being duly sworn, states that on May 31, 2019, she served the following:

1. **SUMMONS AND COMPLAINT; and**
2. **AFFIDAVIT OF SERVICE ON MINNESOTA DEPARTMENT OF COMMERCE.**

at the following address:

State Auto Property & Casualty Insurance Company
518 E. Broad Street
Columbus, OH 43215

via certified mail by mailing a copy thereof, enclosed in an envelope, postage prepaid, and by depositing the same in the post office at Edina, Minnesota, directed to said person, at the address given above.

Dated: May 31, 2019

                                                       Crystal Truman

Subscribed and sworn to before me
this 31st day of May, 2019.

Notary Public

AISHA M STRICKLAND
Notary Public
Minnesota
My Commission Expires January 31, 2024



EXHIBIT 1



# HELLMUTH & JOHNSON

WRITER'S DIRECT DIAL NO.: (952) 460-9226
E-MAIL: EBECKMANN@HJLAWFIRM.COM

May 31, 2019

*VIA CERTIFIED MAIL*

State Auto Property & Casualty Insurance Company
518 E. Broad Street
Columbus, OH 43215

Re:   Murphy Capital, LLC vs. State Auto Property & Casualty Insurance Company
      Our File No.: 28006.0001

To Whom It May Concern:

Enclosed herewith and served upon State Auto Property & Casualty Insurance Company via certified mail in accordance with Minnesota Statute § 45.028, please find a Summons and Complaint. Also enclosed is an Affidavit of Service regarding Plaintiff's service of a copy of the Summons and Complaint with the Department of Commerce.

Very truly yours,

HELLMUTH & JOHNSON, PLLC

Edward E. Beckmann
Attorney at Law

EEB/cmt
Encs.
cc:   Client (w/encs.)
      MN Dept. of Commerce (w/o encs.)

**EXHIBIT D**

8050 West 78th Street, Edina, MN 55439 • T 952-941-4005   F 952-941-2337   www.hjlawfirm.com

**EXHIBIT 1**

| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF ANOKA | TENTH JUDICIAL DISTRICT |
| | CASE TYPE: Civil/Other |

Murphy Capital, LLC,

    Plaintiff,

vs.

State Auto Property & Casualty Insurance Company,

    Defendant.

Court File No.

**AFFIDAVIT OF SERVICE**

STATE OF MINNESOTA  )
                              ) ss.
COUNTY OF HENNEPIN  )

    Crystal Truman of the City of Glencoe, County of McLeod, in the State of Minnesota, being duly sworn, states that on June 6, 2019, she served the following:

1. **Affidavit of Compliance; and**
2. **Civil Cover Sheet.**

at the following address:

State Auto Property & Casualty Insurance Company
518 E. Broad Street
Columbus, OH 43215

via mail by mailing a copy thereof, enclosed in an envelope, postage prepaid, and by depositing the same in the post office at Edina, Minnesota, directed to said person, at the address given above.

Dated: June 6, 2019

                                                        Crystal Truman

Subscribed and sworn to before me
this 6th day of June, 2019.

Notary Public



AISHA M STRICKLAND
Notary Public
Minnesota
My Commission Expires January 31, 2024

**EXHIBIT 1**



HELLMUTH & JOHNSON

8050 West 78th Street
Edina, MN 55439

Return Service Requested

State Auto Property & Casualty Insurance Company
518 E. Broad Street
Columbus, OH 43215

**EXHIBIT 1**

STATE OF MINNESOTA            DISTRICT COURT

COUNTY OF ANOKA            TENTH JUDICIAL DISTRICT

CASE TYPE: Civil/Other

---

Murphy Capital, LLC,            Court File No.: _____

           Plaintiff,

vs.            **Civil Cover Sheet**
           **(Non-Family Case Type)**
State Auto Property & Casualty Insurance    Minn. R. Gen. Prac. 104
Company,

           Defendant.

---

This civil cover sheet must be filed by the initial filing lawyer or party, if unrepresented by legal counsel, unless the court orders all parties or their legal counsel to complete this form. Once the initial civil cover sheet is filed, opposing lawyers or unrepresented parties who have not already been ordered to complete this form may submit their own cover sheet within ten days after being served with the initial cover sheet. See Rule 104 of the General Rules of Practice for the District Courts.

**If information is not known to the filing party at the time of filing, it shall be provided to the Court Administrator in writing by the filing party within seven (7) days of learning the information.** Any party impleading additional parties shall provide the same information to the Court Administrator. The Court Administrator shall, upon receipt of the completed certificate, notify all parties or their lawyers, if represented by counsel, of the date of filing the action and the file number assigned.

ATTORNEY FOR PLAINTIFF        *PRO SE* DEFENDANT

Atty name: Edward E. Beckmann, Esq.     State Auto Property & Casualty Insurance
HELLMUTH & JOHNSON, PLLC        Company
8050 West 78th Street               518 E. Broad Street
Edina, Minnesota 55439             Columbus, OH 43215
952-941-4005
E-mail address: ebeckmann@hjlawfirm.com
Atty license no. 29309X

**EXHIBIT 1**

Note: If either Plaintiff or Defendant gets an attorney, the attorney's name, address, telephone number and attorney ID number must be given in writing to the Court Administrator immediately.

1. Provide a concise statement of the case including facts and legal basis:

    State Auto has inadequately valued the scope of the loss. State Auto may not enforce a two-year limit on completing repairs. While Plaintiff does not anticipate a trial on that issue, Plaintiff pays a jury fee in the event it must.

2. Date Complaint was served: May 31, 2019

3. For Expedited Litigation Track (ELT) Pilot Courts only:

    a. ☐ the parties jointly and voluntarily agree that this case shall be governed by the Special Rules for ELT Pilot. Date of agreement:

    b. ☐ The court is requested to consider excluding this case from ELT for the following reasons:

    Note: ELT is mandatory in certain cases, and where mandatory, exclusion may also be sought by timely motion under the Special Rules for ELT Pilot.

    c. Anticipated number of trial witnesses: None anticipated

    d. Amount of medical expenses to date: None

    e. Amount of lost wages to date: None

    f. Identify any known subrogation interests:

    * **"Info Statement Rider" --Please list any additional information which might be helpful to the court when scheduling this matter. On October 22, 2012, the Minnesota Court of Appeals issued a ruling in** *TC/American Monorail, Inc. vs. Custom Conveyor Corporation,* **822 N.W.2d 812 (Minn. App. 2012)** *(review granted Jan. 15, 2013),* **indicating that depositions to perpetuate testimony for trial are discovery depositions, subject to the trial court's discovery deadline.**

4. Estimated discovery completion within N/A months from the date of this form. NO DISCOVERY IS ANTICIPATED.

5. Disclosure / discovery of electronically stored information discussed with other party?

    ☒ No    ☐ Yes, date of discussion:

    If Yes, list agreements, plans, and disputes:

6. Proposed trial start date: N/A

2

**EXHIBIT 1**

7. Estimated trial time: 0 days 0 hours (estimates less than a day must be stated in hours).

8. Jury trial is:

    ☐ waived by consent of the parties pursuant to Minn. R. Civ. P. 38.02.   (specify party)

    ☒ requested by **Plaintiff** (NOTE: Applicable fee must be enclosed)
    (specify party)

9. Physical/mental/blood examination pursuant to Minn. R. Civ. P. 35 is requested:

    ☐ Yes   ☒ No

10. Identify any party or witness who will require interpreter services, and describe the services needed (specifying language, and if known, particular dialect): None

11. Issues in dispute: Breach of Contract

12. Case Type / Category: **Civil/Other** (NOTE: select case type from Form 23, Subject Matter Index for Civil Cases, appended to the Minnesota Rules of Civil Procedure).

13. Recommended Alternative Dispute Resolution (ADR) mechanism: Appraisal

    (See list of ADR processes set forth in Minn. Gen. R. Prac. 114.02(a))

    Recommended ADR provider (known as a "neutral"): The appraisal process pursuant to Minn. Stat. § 65A.01 subd. 3.

    Recommended ADR completion date: August 1, 2019.

    If applicable, reasons why ADR not appropriate for this case: N/A.

By signing below, the attorney or party submitting this form certifies that the above information is true and correct.

                                        **HELLMUTH & JOHNSON, PLLC**

Date: June 6, 2019                      By:   */s/ Edward E. Beckmann*
                                              Edward E. Beckmann (#29309X)
                                              8050 West 78th Street
                                              Edina, MN 55439
                                              (952) 697-3569

                                        ATTORNEYS FOR PLAINTIFF

3

**EXHIBIT 1**

**STATE AUTO INSURANCE**

JUN 13 2019

P-#3

State of Minnesota  
Anoka County

District Court  
Tenth Judicial District  
Court File Number: **02-CV-19-3012**  
Case Type: Civil Other/Misc.

STATE AUTO PROPERTY & CASUALTY
INSURANCE COMPANY
518 E BROAD STREET
COLUMBUS OH  43215

**Notice of Case Filing and Assignment**

---

**Murphy Capital, LLC vs State Auto Property & Casualty Insurance Company**

Date Case Filed: **June 06, 2019**

Court file number **02-CV-19-3012** has been assigned to this matter. All future correspondence must include this file number, the attorney identification number, and must otherwise conform to format requirements or they WILL BE RETURNED. Correspondence and communication on this matter should be directed to the following court address:

    **Anoka County Court Administration**
    **2100 3rd Avenue**
    **Anoka MN  55303-2489**

Assigned to: **Judge Kristin C Larson**

If ADR applies, a list of neutrals is available at www.mncourts.gov (go to Alternative Dispute Resolution) or at any court facility. Please direct all scheduling inquiries on this matter to Assignment at 763-760-6574.

Dated: June 10, 2019

                                Lori O'Brien
                                Court Administrator
                                Anoka County District Court

cc:   EDWARD ELI BECKMANN

**EXHIBIT 1**