UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Murphy Capital, LLC, | Court File No.: 0:19-CV-01879 PAM-BRT |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |
| State Auto Property & Casualty Insurance Company, | |
| Defendant. | |

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED,** by the above-named parties, through their undersigned counsel, that this action may be dismissed in its entirety, on the merits, and with prejudice, but without costs to any of the parties.

BECKMANN LAW FIRM, LLC

Dated: Nov 1, 2019        By: _/s/ Edward E. Beckmann_
Edward E. Beckmann, Esq.
3800 American Blvd West
Suite 1500
Bloomington, MN 55431
P: 952-921-5848
Em: ed@beckmannlawfirm.com
*Counsel for Plaintiff*

1

|  |  |
|---|---|
| Dated: __11-1__, 2019 | BORGELT, POWELL, PETERSON & FRAUEN S.C.<br><br>By: _____<br>Kevin J. Kennedy (#193872)<br>Kerry A. Trapp (#315382)<br>7815 3rd Street North, Suite 203<br>Oakdale, MN 55128<br>Telephone: 651-256-5000<br>Em: kkennedy@borgelt.com<br>Em: ktrapp@borgelt.com<br>***Counsel for Defendant***<br>***State Auto Property & Casualty Insurance Company*** |